1 | Heinz Binder (SBN 96522)
2 | Wendy Watrous Smith (SBN 133997)
  | BINDER & MALTER, LLP
3 | 2775 Park Avenue
  | Santa Clara, CA 95050
4 | Tel: (408) 295-1700
  | Fax: (408) 295-1531
5 | Email: Heinz@bindermalter.com
  | Email: Wendy@bindermalter.com
6 | Attorneys for Plaintiff,
7 | GERALD D.W. NORTH

# UNITED STATES DISTRICT COURT

# NORTHEN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| GERALD D.W. NORTH, an individual, | Case No.: 16-02829-NC |
|---|---|
| Plaintiff, | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| v. | |
| STEPHEN ROSENOFF, SARAH C. ROSENOFF, and JONAS T. GOLDSTEIN, as husband of Sarah C. Rosenoff, | |
| Defendants. | |

Pursuant to the stipulation and request of the parties, the case management conference and related deadlines set forth in the Order Setting Initial Case Management Conference (the "CMC Order") are continued to allow the parties to discuss settlement. The case management conference presently scheduled for August 24, 2016 at 10:00 a.m. is continued to October 26, 2016 at 10:00 a.m. in Court Room 7, 4th Floor, 280 South First Street, San Jose, CA 95113, the Hon. Nathanael M. Cousins, Presiding. All deadlines set forth in the CMC Order are continued as set forth below:

ORDER CONTINUING CASE MANAGEMENT CONFERENCE                                   Page 1

| | CASE SCHEDULE – ADR MULTI-OPTION PROGRAM | |
|---|---|---|
| **Date** | **Event** | **Governing Rule** |
| 5/25/2016 | Complaint Filed | |
| 10/5/2016 | *Last day to:<br>• meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | FRCivP 26(f) & ADR L.R.3-5 |
| | • file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(b) & ADR L.R. 3-5(b) |
| | • file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference http://www.adr.cand.uscourts.gov<br><br>(form available at http://www.cand.uscourts.gov) | Civil L.R . 16-8(c) & ADR L.R. 3-5(b) |
| 10/19/2016 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement<br><br>(also available at http://www.cand.uscourts.gov) | FRCivP 26(a) (1) Civil  L.R . 16-9 |
| 10/26/2016 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) at 10:00 AM in:<br><br>Robert F. Peckham Federal Building<br>280 South 1st Street<br>San Jose, CA 95113 | Civil L.R . 16-10 |

***END OF ORDER***



GRANTED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COURT SERVICE LIST

None required.