Heinz Binder (SBN 87908)
Wendy Watrous Smith (SBN 133887)
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Tel: (408) 295-1700
Fax: (408) 295-1531
Email: Heinz@bindermalter.com
Email: Wendy@bindermalter.com

Attorneys for Plaintiff,
GERALD D.W. NORTH

**UNITED STATES DISTRICT COURT**

**NORTHEN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION**

| | |
|---|---|
| GERALD D.W. NORTH, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHEN ROSENOFF; CLEAR VIEW TECHNOLOGIES, INC. a California Corporation<br><br>    Defendants. | Case No.: 16-02829-NC<br><br>**DISMISSAL WITHOUT PREJUDICE** |

Pursuant to the stipulation of the parties, the action by Gerald D.W. North against Stephen Rosenoff is hereby dismissed without prejudice

Dated: May 16, 2017      _____
                                   Judge Nathanael M. Cousins

1
DISMISSAL